Hand-Delivered

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

FILED
CHARLOTTE, NC
JAN 0 6 2023
US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

CHARLOTTE Division

| | |
|---|---|
| TRAVIS WAYNE BAXTER <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> RANDALL L. NEAL <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 3:23-CV-08 <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | TRAVIS WAYNE BAXTER |
  | Street Address | 3073 SORRELLS BAXTER RD |
  | City and County | CHERRYVILLE |
  | State and Zip Code | NORTH CAROLINA, 28021 |
  | Telephone Number | 704.447.5030 |
  | E-mail Address | TRAVISBAXTER87@GMAIL.COM |

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | RANDALL L. NEAL |
| Job or Title *(if known)* | NCSHP |
| Street Address | 512 NORTH SALISBURY ST. |
| City and County | RALEIGH, WAKE CO. |
| State and Zip Code | 27601 |
| Telephone Number | (919) 733-7952 |
| E-mail Address *(if known)* | HOME: 2265 NC-182 LINCOLNTON NC, 28092 |

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
42 USC 1983
18 USC 242
4TH AMENDMENT US CONSTITUTION
14TH AMENDMENT US CONSITUTION

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
AT PLAINTIFF'S SINGLE DWELLING RESIDENTIAL HOME

B. What date and approximate time did the events giving rise to your claim(s) occur?
FEB.28,2018
DUSK

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

DEFENDANT ALONG WITH OTHER TROOPERS DID CONSPIRE TOGETHER USING ACTS OF EXTORTION IN THE FORM OF TERROR TO GAIN ENTRANCE THAT WAS UNANNOUNCED, AND UNAUTHORIZED WITH OUT A WARRANT INTO PLAINTIFF'S BEDROOM. THUS DEFENDANT DID VIOLATE PLAINTIFF'S CIVIL RIGHTS AND PRIVACY.
THERE WERE NO EXIGENT CIRCUMSTANCES NOR WAS DEFENDANT IN HOT PURSUIT AT TIME BEFORE ENTERING THE HOME. DEFENDANT DID NOT KNOW IF PLAINTIFF WAS EVEN IN HIS HOME BEFORE THE ILLEGAL ENTRY AND SEARCH AND ILLEGAL ARREST. AMPLE TIME AND MAN POWER WAS ALSO AVAILABLE THAT WOULD HAVE ALLOWED DEFFENDANT TO OBTAIN A NECESSARY WARRANT WHICH WAS REQUIRED BY LAW ISSUED FROM A NEUTRAL MAGISTRATE. DEFENDANT ALSO WAS AWARE THAT HIS ACTIONS WERE BEYOND AUTHORIZATION AND USED SECRET DECEPTION TO CONJURE AN APPEARACE THAT HIS

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

INJUNCTION IS ASKED FOR STOPPING STATE COURT TO PREVENT FUTHER CIVIL RIGHT VIOLATIONS TO THE PLAINTIFF. COMPENSATION CANNOT BE MEASURED BECAUSE ITS HARD TO HANG A PRICE ON ONES LIBERTIES THAT HAVE BEEN A TARGET OF MALICIOUS DISCRIMINATION BY THIS LAW OFFICER.

PLAINTIFF WAS ALSO TASED FOR ONE MINUTE BY DEFENDANT ON VIDEO ABUSING HIS AUTHORITY
DEFENDANT HAS ALREADY PLED TO THE FACTS ABOVE ADMITTING TO 4TH AMENDMENT VIOLATION

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THE FINE OF $1000 PER STATUTE
REASONABLE ATTORNEY FEE
ANY OTHER AWARD THE COURT FEELS NECESSARY
IF THIS GOES TO JURY AND DEFENDANT CONTEST PLAINTIFF WILL SEEK PUNITIVE DAMAGES AND IMPRISONMENT OF THE DEFENDANT

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

DEFENDANT ALONG WITH OTHER TROOPERS DID CONSPIRE TOGETHER USING ACTS OF EXTORTION IN THE FORM OF TERROR TO GAIN ENTRANCE THAT WAS UNANNOUNCED, AND UNAUTHORIZED WITH OUT A WARRANT INTO PLAINTIFF'S BEDROOM. THUS DEFENDANT DID VIOLATE PLAINTIFF'S CIVIL RIGHTS AND PRIVACY.
THERE WERE NO EXIGENT CIRCUMSTANCES NOR WAS DEFENDANT IN HOT PURSUIT AT TIME BEFORE ENTERING THE HOME. DEFENDANT DID NOT KNOW IF PLAINTIFF WAS EVEN IN HIS HOME BEFORE THE ILLEGAL ENTRY AND SEARCH AND ILLEGAL ARREST. AMPLE TIME AND MAN POWER WAS ALSO AVAILABLE THAT WOULD HAVE ALLOWED DEFFENDANT TO OBTAIN A NECESSARY WARRANT WHICH WAS REQUIRED BY LAW ISSUED FROM A NEUTRAL MAGISTRATE.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

INJUNCTION IS ASKED FOR STOPPING STATE COURT TO PREVENT FUTHER CIVIL RIGHT VIOLATIONS TO THE PLAINTIFF. COMPENSATION CANNOT BE MEASURED BECAUSE ITS HARD TO HANG A PRICE ON ONES LIBERTIES THAT HAVE BEEN A TARGET OF MALICIOUS DISCRIMINATION BY THIS LAW OFFICER.

PLAINTIFF WAS ALSO TASED FOR ONE MINUTE BY DEFENDANT ON VIDEO ABUSING HIS AUTHORITY DEFENDANT HAS ALREADY PLED TO THE FACTS ABOVE ADMITTING TO 4TH AMENDMENT VIOLATION

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THE FINE OF $1000 PER STATUTE
REASONABLE ATTORNEY FEE
ANY OTHER AWARD THE COURT FEELS NECESSARY

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/03/2023

Signature of Plaintiff: E-SIGNED: TRAVIS WAYNE BAXTER

Printed Name of Plaintiff: TRAVIS WAYNE BAXTER

### B. For Attorneys

Date of signing: 1-6-23

Signature of Attorney: *[signature]*

Printed Name of Attorney: Travis Baxter

Bar Number:

Name of Law Firm:

Street Address:

State and Zip Code:

Telephone Number:

E-mail Address: