# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Travis Wayne Baxter, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:23-cv-00008-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Randall L. Neal, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 9, 2023 Order.

March 9, 2023

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court